Certificate Number: 17572-PAW-CC-041151873



17572-PAW-CC-041151873

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 30, 2026, at 6:32 o'clock AM PDT, Dorothy M James received from Dollar Learning Foundation, Inc., an agency approved pursuant to 11 U.S.C.  111 to provide credit counseling in the Western District of Pennsylvania, an individual [or group] briefing that complied with the provisions of 11 U.S.C.  109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone.

Date:   June 30, 2026              By:    /s/Leigh-Anna M Thompson

                                   Name:  Leigh-Anna M Thompson

                                   Title:  Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C.  109(h) and 521(b).