IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

26-21820

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. |
| **Dorothy Marie James** | : | |
| | : | Chapter **7** |
| | : | |
| Debtor | : | |
| | : | |
| **Dorothy Marie James** | : | |
| Movant | : | Related to Document No. 1 |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

## NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e) I,   **Albert G. Reese, Jr., Esquire 93813**   , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By: **/s/ Albert G. Reese, Jr., Esquire**
Signature
**Albert G. Reese, Jr., Esquire 93813**
Typed Name
**640 Rodi Road, 2nd Floor, Suite 2**
**Pittsburgh, PA 15235**
Address
**412-241-1697 Fax:412-241-1687**
Phone No.
**93813 PA**
List Bar I.D. and State of Admission

**PAWB Local Form 29 (07/13)**

26-21820

Aaron's Sales & Lease
Attn: Legal Dept
400 Galleria Pkwy Se, Suite 300
Atlanta, GA 30339

Beaver Valley Fcu
Attn: Bankruptcy
601-37th St
Beaver Falls, PA 15010

Capital One
AttN: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

ComenityCapital/Boscov
Attn: Bankruptcy Dept
Po Box 183003
Columbus, OH 43218

Deutsche Bank National Trust Company
3217 S. Decker Lake Drive
Salt Lake City, UT 84119

Michael McKeever, Esquire
701 Market Street
Suite 5000
Philadelphia, PA 19106