**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Dorothy Marie James                                    CHAPTER 7
                        Debtor(s)

                                                              BKY. NO. 26-21820 JAD

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE, IN TUST FOR THE REGISTERED HOLDERS OF MORGAN
STANLEY ABS CAPITAL I INC. TUST 2005-WMC1, MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2005-WMC-1 C/O SELECT PORTFOLIO SERVICING, INC and
index same on the master mailing list.

                        Respectfully submitted,

                        /s/ *Matthew Fissel*
                        Matthew Fissel
                        03 Jul 2026, 13:51:05, EDT

                        Matthew Fissel, Esq. (314567)   ☑
                        KML Law Group, P.C.
                        BNY Mellon Independence Center
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106
                        412-430-3594
                        bkgroup@kmllawgroup.com

Document ID: a7872f67ff60483a6b55bfc78bf1dc978800f58c6a76fbf935aef4a5ce944c47