**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 26-21820-JAD |
| | ) | |
| Dorothy Marie James | ) | Chapter 7 |
|     Debtor | ) | |
| | ) | |
| Dorothy Marie James | ) | |
|     Movant | ) | Related to Doc. No.:  13 |
| | ) | |
|     v. | ) | |
| | ) | |
| Eric E. Bononi, Trustee | ) | |
|     Respondent | ) | |

<u>**ORDER OF COURT**</u>

Counsel's Motion Requesting an Extension of Time to file a completed Chapter 7 Petition is

**GRANTED**. It is hereby **ORDERED, ADJUDGED**, and **DECREED** that the time for filing the

completed Chapter 7 Petition is extended to July 28, 2026.

Dated: _____ July 15 _____, 2026

_____ **sjk**
The Honorable Jeffery A. Deller
United States Bankruptcy Judge

FILED
7/15/26 8:01 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                   Case No. 26-21820-JAD

Dorothy Marie James                                                                      Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 15, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

**Recip ID**            **Recipient Name and Address**
db              + Dorothy Marie James, 132 Sunrise Drive, Industry, PA 15052-1738

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Green Reese, Jr | on behalf of Debtor Dorothy Marie James areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com |
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com aepiscopo@bernsteinlaw.com;agilbert@bernsteinlaw.com |
| Eric E. Bononi | bankruptcy@bononilaw.com  pa69@ecfcbis.com |
| Matthew Fissel | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS TRUSTEE, IN TUST FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TUST 2005-WMC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-WMC-1 C/O SELE bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2                          User: auto                                   Page 2 of 2
Date Rcvd: Jul 15, 2026                       Form ID: pdf900                              Total Noticed: 1
TOTAL: 5