Certificate Number: 17572-PAW-DE-041198057

Bankruptcy Case Number: 26-21820



17572-PAW-DE-041198057

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 13, 2026, at 8:04 o'clock AM PDT, Dorothy M James completed a course on personal financial management given by telephone by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   July 13, 2026

By:   /s/Dorianne Santiago

Name:   Dorianne Santiago

Title:   Counselor