**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Dorothy Marie James<br>Debtor(s) | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TUST FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TUST 2005-WMC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-WMC-1 C/O SELECT PORTFOLIO SERVICING, INC, its successors and/or assigns<br>Movant<br>v.<br>Dorothy Marie James<br>Respondent(s)<br>and<br>Eric E. Bononi, Trustee<br>Additional Respondent | BK. NO. 26-21820 JAD<br><br>CHAPTER 7<br>Related to Docket # 10 |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

AND NOW, this 12th day of August , 2026, upon Motion of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TUST FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TUST 2005-WMC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-WMC-1 C/O SELECT PORTFOLIO SERVICING, INC, it is

**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 132 Sunrise Drive, Industry, PA 15052 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) taking any legal action for enforcement of its right to possession of the Property.

sjk
United States Bankruptcy Judge
Jeffery A. Deller

FILED
8/12/26 7:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 26-21820-JAD

Dorothy Marie James Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 2

Date Rcvd: Aug 12, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dorothy Marie James, 132 Sunrise Drive, Industry, PA 15052-1738 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Green Reese, Jr | on behalf of Debtor Dorothy Marie James areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com |
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com aepiscopo@bernsteinlaw.com;agilbert@bernsteinlaw.com |
| Eric E. Bononi | bankruptcy@bononilaw.com pa69@ecfcbis.com |
| Matthew Fissel | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE, IN TUST FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TUST 2005-WMC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-WMC-1 C/O SELE bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | |

ustpregion03.pi.ecf@usdoj.gov

TOTAL: 5