**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 26-21820-JAD |
| | ) | |
| Dorothy Marie James | ) | Chapter 7 |
| Debtor | ) | |
| | ) | Doc. No.: |
| Dorothy Marie James | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Eric E. Bononi, Trustee | ) | |
| Respondent | ) | |

**AFFIDAVIT OF INCOME**

I, Dorothy Marie James**,** hereby certify that the information I have provided to my Attorney is accurate to the best of my knowledge.

1. I, Dorothy Marie James, am currently retired, and I receive $2,104.00 in Social Security Benefits per month.
2. I have submitted to my attorney all documentary proof of income from all sources I have in my possession. I hereby declare under penalty of perjury that the foregoing is true and accurate.

Dated: **August 25, 2026**

/s/ Dorothy Marie James
Dorothy Marie James